UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LUIS ENRIQUE MARTINELLI LINARES
and RICARDO ALBERTO MARTINELLI
LINARES,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R
20-M-498

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Julia Nestor, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           July 6, 2020

                                    HONORABLE JAMES ORENSTEIN
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK