# Exhibit 1

Panama, January 25, 2022

The Honorable Judge Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Dearie:

My name is Marta Martinelli mother of Ricardo and Luis Enrique Martinelli Linares. I am Former First Lady of Panama and Secretary of a NGO called "Fundacion Ricardo Martinelli".

"Fundacion Ricardo Martinelli" was founded in 2004 and its purpose is to provide grade school and college scholarships to students in need, who obtain good grades and require assistance, with school supplies and materials. Its President is my son Ricardo Martinelli Linares.

This is a family NGO that we have worked hard on as a family, including my sons. We have personally travel all over the country to hand deliver students their scholarships's paychecks. Besides that, we are a hard working business family. We have a supermarket chain in Panama.

Before I became First Lady, I used to organize medical tours with friends of mine that were doctors and dentists in order to visit poor communities and be able to provide them with medical care.

Whenever possible, Ricardo and Luis, came with some of their friends to help me organize these medical tours. There were always very eager to help. It was a long tiresome journey, but we felt it was our duty to take our blessings and use them to aid children, the sick and the elderly who were in need of medical attention. My sons, Ricardo and Luis, served the community with these actions. They both are giving people.

Ricardo and Luis are very close to me. I remember when they were little kids, they used to go every afternoon with their Nanny to the nearby park. Every time they came back home, they brought flowers for me. As adults, they were always concerned about my wellbeing. I love eating chocolates and watching tv series. Every now and then, as a surprise, Luis will get me chocolates and my favorite tv series DVD.

While I was First Lady, Ricardo traveled with me whenever it was necessary to support me and help me with the speeches I had to give in English (it's not my first language). He helped me practice my pronunciation over and over again. They were always there for me. They are exceptional loving and caring sons.

Since they were young my sons worked (as training) on the supermarket during their vacations from

school.  A business they would get to manage in the future.
So they were raised as competitive, smart young boys with a desire to always help those in need.

Ricardo, the oldest one, is very educated, competitive, responsible and intelligent. His goals was to go to the best University to get a degree and a Master. He also wanted to work on challenging companies such as McKinsey. He served as Honorary Ambassador of Australia in Panama. His curriculum was always important to him.

When in high school, Ricardo always tried to be of service to his classmates. He was President of his class and part of the board of directors of his Prom.

Ricardo went to Georgetown University where he graduated form Business Administration. Afterwards he went to get a degree on Political Science at The London School of Economics and an MBA at London Business School. He worked for McKinsey in London.

Luis Enrique, on the other hand, is very sentimental (he has a big heart) intelligent, responsible and hard working. He always tries to help other people, even when he was in high school.  Every Christmas he wanted to buy presents for the cleaning personnel at his high school. They were always on his mind.

Luis Enrique graduated from Southern Methodist University with a Bachelor in Business Administration. He worked as General Manager and President of the family business (supermarket). He got married in 2012 and has two beautiful daughters of seven and four years old named ▓▓▓▓▓ ▓▓▓▓ respectively.

They are a very close family and his children are devastated, they miss their Dad so much. Luis is a very spiritual, Catholic person.  He finds comfort in the bible. He is a loving and caring father always vigilant of his family needs.  Because of that, this whole situation has undermine the family´s stability. It is a sad situation that he regrets every day of his life.

Since they both are good productive and educated boys, I beg you to please impose them the lowest sentence permitted under law, so they can, as young men, get back to their lives.  These men have been incarcerated for a long time and have shown extreme remorse for their actions. This whole thing has been devastating for them and to the entire family. They regret every day of their lives this terrible mistake and, given the opportunity, they wish to compensate society any harm done.

God bless you Judge Dearie.

Sincerely,

*Marta L de Martinelli*

Marta L de Martinelli

# Exhibit 2

January 22, 2022


Dear Honorable Judge:
Raymond Dearie,

I respectfully write to you in support of Ricardo and Luis Martinelli.
My name is Carolina Martinelli and I am their youngest sister.

When I was a kid, my father wasn't present while I was growing up.
He was very busy starting his political career and running the family
business. My mother played the role of mother and father in my life.
My brothers also were like a father to me, they're much older than
me. They were the male role models I was missing in my life.

When I was 8 years old I was assigned in school to do a speech on
who I admired. I did the speech on my brothers. They inspired me
growing up. They were always there for me and supported me in
every aspect of my life. Luis always went to all my soccer practices.
My parents couldn't go, but he never missed one practice. He always
gave me pointers on how to play better. Both of them never missed
my ballet presentations.

The first time they left for college I was very depressed. I couldn't
eat or sleep. I missed them so much. It made a huge impact in my
life not having them around anymore.

Luis is a very caring person. He always puts everyone's needs ahead
of his own. Constantly making sure the people around him are okay
and looks for ways in which he can make everyone's life better. He
is very adventurous and loves to do outdoor activities. He played
lots of sports while he was in school.

Ricardo is very smart; he speaks three languages. He loves to read
and to always stay on top of the news around the world. He likes to
be well informed and up to date. He is very supportive and kind.
You would never have a bad day with him; he can make anybody
laugh. He takes such good care of his physical health. He loves to
workout and eat right.

During my second year in college, I was moving from my dorm room to and apartment near campus. My mom and Luis helped me move. During that time Ricardo was in London studying. I remember Luis not only helped me set up my new apartment, but he also helped my friends set up theirs. He loves to do handyman work. The following year, my dad won the elections in Panama and became the president of the country. My parents promise me that they will buy me a car in my third year of college. When the time came they couldn't go due to the elections so Luis went instead. He helped me pick my car, took me to many car dealerships till I decided which one I wanted.

I remember when my ex boyfriend broke up with me. I was devastated. It was my first and only time I was dumped so I was very heart broken. Even though I did not tell anyone, Ricardo noticed it. He took me out for lunch and comforted me for like three hours. He made me feel so special and loved. He knew exactly how to make me feel better and gain back my confidence. It was exactly what I needed, someone to be there for me and show me that no man is worth your tears. I will forever be grateful with him for how he made me bounce back.

These are my brothers, loving and caring in every way. They have made mistakes but they don't deserve what they have been through. We all make mistakes in life but that doesn't mean we have to spend the rest of our lives paying for them.
I kindly and respectfully ask to please consider giving them the lowest sentence permitted under the law. They can't change their past, but they are very sorry for what they did. I am sure they will spend the rest of their lives making amends to society and to their families.


Sincerely,

Carolina Martinelli

# Exhibit 3

Panamá, February 3, 2022

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
New York

Dear Judge Dearie,

My name is Marelisa Garuz, I am the wife of Luis Enrique Martinelli Linares.  We have been married 10 years and we have two daughters together: ▉▉▉▉ who is 7 years old and ▉▉▉▉ who is 4 years old.

 I met Luis when I was 19 years old; after 3 years together we married young, with many dreams for our future and started this long tough road called marriage.

Luis is a person with a big heart who is always looking to help people no matter what, without expecting anything in return.  He is genuinely a good person.  When we began to date, I remember on the weekends Luis would ask me to go with him to remote rural areas of Panama where there are medical and health scarcities.  Although Luis is not a doctor, he was always willing to do what he could to help: donating time, organizing and distributing medications and resources to help the local doctors and their communities.
This always impressed me because even though he has always lived a privileged life, he preferred to spend some weekends helping people who truly needed it.

He always says this phrase in Spanish, "Haz el bien sin importar a quien," which basically means to always do good onto others. He believes firmly in being grateful for his blessings and in working to share those blessings with others.

Luis always has thought that family is the most important and valuable thing we have in this life; it is family who will offer unconditional love and support, and it is family that makes those moments that fill the soul and remind us who we are and were we come from.  Since we met, Luis has always dedicated lot's of time to his family, because he believes that even if a family is not perfect, they should remain united. He is a caring and dedicated father, a wonderful husband and a good son.

Luis is also a hard worker, in spite of his wealthy upbringing. He understands the importance of a job well done.  He is always looking for something new to learn or improve upon.  I am very worried about his future, being imprisoned, because he is such a mentally and physically active person.   Being incarcerated stifles his mindset and has taken an enormous toll on his mentality.

This whole situation has been devastating for him, for myself, for our daughters – who although are very young and don't understand everything that is going on, suffer each day the absence of their father; they mis his care, his dedication and his guidance. ▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  There is no greater

pain than watching your children suffer for your own fault and to feel the impotence of wanting to console them and be present without the ability to do so.

Our family nucleus has always been very solid especially when we lived in Miami.   Back then we did not have other relatives around.   At the beginning it was hard to join them but later it became absolutely impossible.   Our daughters basically got acquainted with their grandparents; this is, in person, after five years when we returned to Panama in 2020.   My girls grew up the first years of their lives in a very close family nub composed only by the four of us.

After Luis was arrested and separated from us, ███████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

It is really saddening to think about our future now, having started this marriage with so much hope for our family and for us as a couple. Definitely today, I don't know what awaits us; I feel our future is paralyzed, it is sad, empty and without direction.

I am aware that Luis committed a crime and nothing justifies that but I also know there are situations and moments that can lead us to make mistakes, and those mistakes do not need to define us.   Luis immensely regrets his mistakes and I know he has learned from them since I can see how he is suffering.

Your decision will have a huge impact in his life and our lives.   Luis is a good man; he is a working man and we have so many dreams together that have been overshadowed by his bad decisions in the past.   He is still young, though, and I know he is clear on what he needs to do from now on and he deserves an opportunity to hope for a better life again, to recover his family and to make up for this time he lost with his daughters.

I respect your decision, but I would like to ask you, desperately, to please consider giving Luis a minimum sentence because he is a wonderful person who needs to come home.


Sincerely,


Marelisa Garuz

# Exhibit 4

Panama, February 3, 2022

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
New York

Dear Judge Dearie:

My name is Maribel Adames de Garuz.  I am the mother in law of Mr. Luis Enrique
Martinelli Linares as he married my daughter, Marelisa, in the year 2012.  He is also
the father of my eldest two granddaughters, ███████████ (seven and four
years old, respectively).  I have known Luis Enrique for many years   prior to the
wedding.  He has always been very respectful and generous.  In the year 2015, my
husband and I went through difficult situations, health problems among others, and
Luis Enrique was a strong support to us.

I think that Luis Enrique is a positive, active, and intelligent person.  He is also a
down to earth individual that took the rights steps to prepare for life.  He seriously
assumed school, college, and work and struggled in the corporate environment
hoping to cope with the high expectations his family had on him.  He stood up to the
standards.   Luis Enrique also became the dedicated head of his family and the
loving father of two girls. Knowing him well, I am sure he believes that this is his
highest achievement. He has demonstrated full commitment and devotion to his
spouse and kids.

███████████ adore their father.  ████████████████████
███████████.  The family life was very pleasant and they shared many
activities.  They used to stroll in the park, ride bicycle, and participated in school's
activities, ballet presentations, and BBQ cooking.   The girls sincerely need the
presence of their father but mostly his love and the interaction with him.  I spend
considerable time with the girls ██████████████████████████
████████████████████████████████████████████████

The detention has changed the lives of Luis Enrique, my daughter and the children
completely.  They are devastated by the separation, as they are kept apart not only
by the bars, but also by a huge distance, as Luis Enrique is arrested in a faraway
country where the family cannot visit him.  Luis Enrique is emotionally affected and
deeply regrets his actions. He has expressed to me his remorse as well as his
worries for the well being of his family.

I acknowledge that Luis Enrique has done a serious thing but I honestly believe that he is very sorry of his behavior. I respectfully beg your consideration and ask you to please impose the lowest sentence on him permitted under the law. He still is a young man with potential to re do his life and to impact the lives of many others in a positive way. I anxiously wait for the day we can all meet again. I am available and willing to assist him in any aspect that he shall require. He is a kind person very dear to me. Personally, I am sure he has learned a lesson the hardest way and will certainly appreciate a second opportunity.

Yours truly,


Maribel Adames de Garuz
Cedula ███████

# Exhibit 5

Panama, February 22, 2022

Honorable Judge
Raymond J. Dearie
United States District Court
Eastern District of New York
New York

Dear Judge Dearie:

My name is Ivonne Matute de Martinelli. I have known Luis Enrique Martinelli Linares since he was a baby when I was dating my husband, and I have been close to him his entire life.  As I didn't have children when he was a child, he spent many days at my house and he has always had a close relationship with me.

I share with him feelings of great social sensitivity towards others. For over 25 years, I was president of Fundación Ofrece un Hogar, a foundation that belongs to the Catholic Church dedicated to helping and sheltering homeless children until the government assigns them a family.

Luis Enrique always showed interest in helping and offered his solidarity with all our work in the Foundation. He liked to play with the kids; he helped us raise funds for our expenses and helped us on special occasions like Christmas. We always talked about the importance and the duty we have to help others.

I have never seen him show rejection towards anyone, on the contrary, he is very noble and opens his heart to everyone in need. He wins the hearts of those who know him for his people skills, his sympathy, and for being an inclusive person.

He has always shown respect and love for God.  I remember that I gave him an image of the Holy Family and he placed it at the entrance of his house. He is a man of faith and has very noble sentiments.

He is a very stable and friendly person. I have never seen him raise his voice to anyone.

As a father, he has infinite love for his family.  He loves his daughters and his wife.
For him, his home is everything. His daughters are always on his mind and he has dedicated his life working for them.

At the family level, he has been very loved, he never stopped attending the family gatherings that his grandparents held on Sundays and was always attentive to them. He always participated in our extended family gatherings for Christmas, new years and other festivities.

I know that he is a person of God and always prays from the heart. I have always love him as if he was my son and I will always be here for him, as I know he will be there for anyone who needs him.

I thank you for giving me the opportunity of your attention and consideration.

Sincerely,

Ivonne de Martinelli

# Exhibit 6

**FRANCISCO JOSE LINARES BRIN**
APARTADO ███
PANAMA, REP. DE PANAMA
January 31, 2022

Honorable Judge

Raymond Dearie

Dear Judge Dearie:

My name is Francisco J. Linares B. and I'm Marta Linares oldest brother. Marta is Luis Enrique Martinelli Linares mother. As Luis' uncle, I have known him since he was born and we have shared many memorable moments together.  We always celebrate together as a family Christmas and mother's day. During Luis' childhood, I had a very close relationship with him. I always considered him a good student and a respectful boy.

As an adult he started working with enthusiasm in his family's business, he administer an important supermarket chain in the Republic of Panama. During that time, I maintained my close relationship with Luis. I can corroborate how he performed favorably his work functions. Always demonstrating his initiative, compromise and capability.

When Luis turned 31 years old he married Marelisa Garuz, a woman with good costumes. They have formed a beautiful family and they have two daughters named ███████████. I was with him when ██████ was born and I could instantly see that Luis is a very good father. Always keeping an eye for his daughter's needs. When Luis, his wife and his daughter moved to Miami in 2015 our relationship distanced but we always keep touch of each other's lives through emails.

We, the Linares family, are very religious. Since we were young, we grew up with the Catholic Church teachings. Since I was a kid, I was under religious influence.  As a result of my search for Jesus, I wrote a book called "Siempre a

tu lado" in which I reflect on Christ messages as guides to improve our way of life. I even gave a copy of my book to Pope Francis when he was in Panama back in 2019.

I mention all this because when Luis was young he participated and showed interest in my religious gatherings. When I finished my book, Luis was living in Miami and I send him one of my first copies. While he was detained in Guatemala, he told me he kept my book in his nightstand table. He said he constantly read it looking for the strength to guide him and help him overcome the difficult situation he and his family were going through.

Luis has admitted he committed a crime and he wishes to change his life for the better. These years in prison and exile have made him reflect on his errors and made him regret his actions. He wants to compromise to change his life and dedicate it to taking care of his wife and daughters. His daughters desperately need him in their lives. He also wishes a new opportunity to change his negative image, for which he has decided to refocus his life to be an honest and working citizen.

Talking with Luis for this past years I noticed he has reached the spiritual strength needed to guide him and help him leave his past behind, to be a person who complies by the law. He has decided to focus on honest work, fight for his family's wellbeing and focus on the formation of his young daughters.  I personally commit to accompany him to reach these goals he has set for himself.

Sincerely,

Francisco J. Linares B.

# Exhibit 7

**U.S. Department of Justice**

Federal Bureau of Prisons

Metropolitan Detention Center – Brooklyn
80 29th Street
Brooklyn, New York 11232

---

Religious Services Department                    March 31, 2022

Dear Hon. Raymond Dearie,

<u>RE: Martinelli-Linares, Luis Enrique 83957-050</u>

I came to know Mr. Martinelli as Chaplain at the Metropolitan Detention Center (MDC), Brooklyn. The two year period of the pandemic changed several programs at the facility, locking most inmates in their cells for the lengthy period. However, the Chaplains would make rounds and bring religious services to the units. It was during the course of such events that I met Mr. Martinelli in the unit chapels for services like bible studies, Rosary prayer individually or in groups, reflections, and testimonies. He was rarely absent in any of these activities even though he would've have chosen to engage in other activities that would not be of any mental, physical, or holistic benefits to him. Mr. Martinelli also helped with other chapel activities especially for the Catholic inmate population. Of great importance was the catechetical instructions held four times a week for English and Spanish speaking inmates, after which I bring further instructions to bear on them.

Mr. Martinelli is of above average knowledge in various academic and pastoral fields which have helped to increase the attendance of Catholic and Christian inmates at the unit chapel. This was why I chose him as one of the Altar Servers at the Mass of Most Rev. Robert J. Brennan, the Catholic Bishop of Brooklyn who visited MDC facility on Thursday, March 25, 2022, as the Mitre Bearer, a rare opportunity for an inmate in any B.O.P facility who is presently behind the fence and unsure of what his upcoming sentence and future life would be. Mr. Martinelli has the best pastoral interest of the inmate population at heart that made him win that spot. The Bishop greatly appreciated him during the pastoral visit.

Mr. Martinelli comes across to me as deeply penitent of the errors that brought him behind bars and wishes he could reverse the hands of the clock. To say he is deeply repentant is an understatement. This, among others, is part of the efforts he keeps making to prepare himself for re-entry to the community and reunite with his family should you give him the ideal break. Therefore, I honestly recommended him to you for a second chance.

These are few personal experiences that may add to other recommendations on behalf of Mr. Martinelli. I can be reached at the above address or below contact for any further comments. With prayerful best wishes, I remain,

Yours truly,

*Rev. Ngozi Osuji*
(Chaplain)
████████████

# Exhibit 8

February 3, 2022

Dear Judge Dearie,

My name is Carlos Jelenszky. I am an old friend of Luis Enrique Martinelli (Quique to his friends). I appreciate you taking the time to read this. I write this letter, with all honesty, to give a testimony of the the kind of person Quique is.

Quique and I were both born and raised in Panama City, Panama. We knew each other ever since we were young but never really became friends until high school. That is when I transferred my junior year from my previous high school to the one Quique was in. I arrived scared and nervous, not knowing many people there. I was alone, and the first days I was bullied and picked on immediately...honestly one of the toughest periods of my life. I will never forget how Quique reached out to me in those days and included me in his group of friends. He didn't need to, and he certainly risked getting bullied himself, but he didn't care and extended a hand of grace to a person in need. I have thanked him many times over the years for this, but he never takes credit and instead jokingly says he did it because he liked my sister. That simple humility is something I always admired in Quique.

After graduating we both went off to study at Southern Methodist University in Dallas. We had the same major so we shared many classes. Quique, even though he was heir to the largest supermarket chain in Panama, studied and worked his tail off. He didn't take anything for granted. I always admired that...somebody that could coast through college without worrying about his future but instead was actually extremely dedicated to his studies. Another thing I recall from our college days that speaks to Quique´s character, was the fact that he never flaunted his wealth. I know this sounds like nothing out of the ordinary, but within the context of a college society where everybody was keen on showing off, Quique was quite the opposite. At an age when appearances were everything, his humility spoke volumes.

At about the time we were graduating from college, my father was diagnosed with pancreatic cancer and he died less than a year later. It was a difficult time for me, as I was very close to my father. I received a lot of support from my friends, but Quique went the extra mile and planned a fishing trip for a group of us to take my mind off the loss. He planned everything and took care of the preparations. Might seem like a simple gesture but not everybody takes the time and effort to do these things for others. I won't ever forget it.

I am a man of faith, Judge Dearie. For me, that is the most important thing in my life. My father was a Pastor and held weekly bible studies in my home, so it was very present in my life since an early age. I have shared my faith with Quique over the years. I have faith and truly believe that Quique has so much yet to give.

Thank you once again for taking the time to read this.

Sincerely,
Carlos Jelenszky

# Exhibit 9

January 31, 2022


Dear Honorable Judge:

Raymond Dearie,


My name is Yulin Aimee Perivancich Carreiro. I'm Panamenian and I used to work for Super 99 (supermarket chain) where I met Luis Enrique Martinelli Linares. In Super 99 I started as biller, then I worked in the collection department and I finally ended up as management secretary.  I worked there for 18 years. Which of those, 10 years were under Luis' administration. He used to be the president and general manager of the company.

He was the best boss I could have asked for. He participated in the employees soccer league, he went to every event organized by his employees and he didn't hesitate to help every employee that needed it. As a matter of fact, he even help me pay for my ████████████ 10 years ago. I desperately needed that ██████ ██ ████████████ I ████████████ I will always be grateful with Luis for changing my life, he improved my quality of life.

Luis is a very humble and down to earth person. He is a great father, husband and an exceptional boss. If I could use one word to describe him, it will be humanitarian. He never lost his humility, even when his father was President of the country. That is exactly what this world is missing, people like Luis. A person who sees everyone as equals. He doesn't care if you are rich or poor. If it is within his capability, he doesn't hesitate to help. He has a heart of gold and I will always admire that from him.


Sincerely yours,

Yulin Aimee Perivancich Carreiro

# Exhibit 10

February 1, 2022

Dear Honorable Judge:

Raymond Dearie,

My name is Dania Jaén. I worked with Luis Enrique Martinelli Linares from 2008 to 2016 as his assistant. I can say he is a wonderful person and an excellent boss. He worried for his employees' wellbeing and he treated us with amiability and respect. He treated us like family.

Even though he was the boss, Luis treated us all equally. He was always accessible and always showed sympathy towards his coworkers who needed him. It should be noted the case of a coworker who had serious health issues. Luis personally took care of following up on his treatment and offered him all the attention he needed. Sadly he died, but thanks to the support he received from Luis he was able to life longer than was expected regardless of his diagnose. Luis' help granted him more time to be with his wife and kids. I also remember one time when he helped some of his coworkers who have had problems with their houses due to inclement weather. He gave them the materials they needed to rebuild the part of their houses that got damaged.

Under his administration, he ordered to built a sports complex in which workers could spend quality time with their families while participating in basketball, volleyball and soccer leagues. He was focused on maintaining the union between his coworkers. He even played and participated in the leagues himself.

Personally I am very grateful with Luis for the work opportunity, the love and kindness he gave me throughout the years I worked by his side. But most importantly I'm grateful with Luis for the personal loan (with no interests) he gave me, which granted me the opportunity to buy my own house.

Us, his coworkers, don't have any complaints against Luis. Nor as a boss or as a person. Everything I have mentioned can be corroborated by his supermarket chain collaborators.

Sincerely,

Dania Jaén

# Exhibit 11

January 30, 2022

Dear Honorable Judge:

Raymond Dearie,

I'm Jaime Néstor Trujillo Castillo and I have 40 years of experience working in security. I have been security director of the supermarket chain Super 99 for 32 years. While working there, I have seen how Luis Enrique Martinelli has evolved in his life throughout the years.

Luis loves to work. He doesn't care about your social status, ethnic background or whether you have money. I can confidently and genuinely say he is a very good person. One of the best one's out there. I am very grateful to have had the pleasure to meet him and to work beside him. He is a kind, honest, hard working person. I have met few people that have that gift.

He listens and shares his ideas. Despite his young age, he leads by example. He is a family oriented man, his family is very important to him. A few characteristics I can say about him are that he is a good father, son and work companion. While he was president and general manager of Super 99 he was always willing to help his employees with whichever problem they may have.

Luis helped me while I was going through a very difficult crisis in my personal life. He remained a steadfast supporter during this time in my life where I needed a true friend. He was always near me, giving my family and me his continuous moral support. I hold

very high esteem of him as a boss but more importantly, as a person.


Sincerely,

Jaime Néstor Trujillo Castillo

# Exhibit 12

Jorge Chapas

████████████████

January 17, 2022

Dear Judge Dearie,

My name is Jorge Chapas, and I am a friend and colleague of Luis Enrique Martinelli Linares. I met Luis in 2016, and I have continued to be in contact with him since then.

Prior to meeting Luis Martinelli, I was familiar with his business dealings in Miami, and his company had an excellent record for its professionalism. In 2016, one of our mutual business colleagues recommended that I meet with Luis since he was looking for a purchasing manager and I was experienced with purchasing and his customer base. I was not looking for a job, but the meeting went well and it was obvious that it was a good fit. Luis was honest and committed to having success in his company, and he was committed to offering his employees the tools to be successful. Over these last 5 years, he has delivered on the promises he made to me. The company has continued to grow exporting goods from the US to Central America, we have built relationships with large US manufacturers expanding their global footprint and negotiated marketing deals to bring brands that were previously not in the market. Each year the company succeeds in our goals, he has been able to reward his employees with excellent benefits, like a 401k plan and health insurance to new employees that did not have those benefits in the past. I have always looked at his business as a model for other companies to follow, since he has been able to start a profitable business where employees are valued and treated with respect. On several occasions he authorized for his employees to receive additional education and training, I recall shortly after being hired, he offered for me to take Spanish language courses to facilitate me dealing with customers that only spoke Spanish. On another occasion, there was conflict in the office between employees, and Luis organized a team building event that allowed everyone to come together, because for Luis, it was important that the environment was not only successful in business, but that it was a good work environment for everyone. It is easy to understand why Luis was always admired by people he engaged with professionally.

Outside of the office, I was able to learn more about Luis and how he was in his personal time. When he wasn't working, he was with his family. He was always looking for things he could do to enjoy time with his family, like going to Disney or different trips to show his kids interesting places in the US.

I am aware of the gravity of his actions that have been brought to the court, and I can attest that he has been a model US resident and person in all the time I have known him. As someone who knows him well, I strongly believe that he has remorse for his previous actions, and he is committed to show his true character, which is that of an exemplary business owner and member of society. I continue to hold Luis Martinelli in high esteem, and I eagerly await the day he can continue to realize his potential and bring a positive impact to those around him.

Thank you for your attention and consideration,

*Jorge Chapas*

Jorge Chapas

# Exhibit 13



**Arquidiocesis de Panamá**
**Parroquia Nuestra Señora de Belén**

**February 11th, 2022**

**Dear Judge Dearie,**

My name is Ovidio Madrigal, with I ██████████ I am from Panama and I am a Catholic Priest since 1993 in the city of Panama.  I met Luis Enrique Martinelli while I was serving the Church Cristo Resucitado, in Montero Oscuro, Panama in the year 1998. I was often invited to celebrate blessings ceremony at the different locals of Super 99, a family business Luis Enrique's father started with effort and dedication.  Luis Enrique was very generous and always supported our community with food bags and toys for the children.  Every year when we celebrated the San Michael's Fair at our church, we knew we could count on him and his supportive and generous spirit.

Luis Enrique is a young man with many values.  As the Priest of a poor community, I knew I could count on Luis Enrique as a benefactor for our different activities, and he was always willing to collaborate with a willing heart. I also had the opportunity to guide Luis Enrique in preparation for his marital life.  He committed to his family and dedicated life to his family business as well as his family life.

Luis Enrique was a very young man when I first met him.  His curiosity and willingness to serve others were talents that stood up from the beginning.  I was able to witness his entrepreneurial spirit and see him become a well-grounded young man.  He transitioned to become a family man and also a professional in the business area.

Thank you for your attention,

_____
Ovidio Madrigal M.
Priest



# Exhibit 14



**St. Agnes Catholic Church**

████████ · Key Biscayne, FL 33149

████████ · www.stakb.org

February 9, 2022

**Ref.: Luis Enrique Martinelli Linares**

Dear Judge Dearie,

My name is Rev. Juan Carlos Paguaga and I am the pastor at St Agnes Church in Key Biscayne, FL. I was appointed pastor by the archbishop of Miami in 2014. I have served as a priest in the archdiocese of Miami since May 13th, 2000. I am the former Pastor of Luis Enrique Martinelli Linares; we met in Key Biscayne Florida in 2017 as he participated in our daily and Sunday worship services until midyear, 2020.

Luis Enrique Martinelli Linares and I developed a pastoral and spiritual relationship since we had the opportunity to share time after masses and I had the privilege to celebrate the baptism of one of his youngest daughters, ████ on the 2nd of December, 2017.  He was always respectful, not only to the liturgical services but to those whom he came across on an ordinary basis.  Even though he seems to have a quiet personality, he was not afraid to be there for others and engage in parish activities.

From what I was able to see in the short time we interacted, Mr. Martinelli Linares has a great heart. He truly sees the world and those in it at their best and always strives to make things better such that both systems and individuals alike live up to their potential.

I acknowledge that Mr. Martinelli Linares, has done a very grave and serious thing, and I deeply regret that this episode will leave a black mark on his otherwise impactful and positive life. As someone who knows him well, I sincerely believe Mr. Martinelli Linares will have learned much and reflected upon his conduct here, and that he is deeply remorseful. I ask you to please impose the lowest sentence on him permitted under law.

I personally continue to hold Mr. Martinelli Linares in high esteem, and I eagerly await the day he is able to return to his wife, Marelisa and his daughters. I look forward to the day that he can come back to our community and participate in our church pastoral activities and worship with the spiritual family that loves him and misses him much.

Thank you for your attention and consideration,

**Rev. Fr.  Juan Carlos Paguaga**
Pastor
████████████

www.stakb.org

**Our Mission:** "To walk humbly in God's presence through prayer, service and evangelization, while putting **J**esus first, **O**thers second, and **Y**ourself last" (**JOY**)

# Exhibit 15

# Confraternidad Carcelaria Guatemala

Mas alla del crimen y el castigo℠

April 20, 2022

Dear Honorable Judge:

Raymond Dearie,

Receive a cordial greeting from the city of Guatemala.

Through this letter I want to communicate the following: My name is Gonzalo Cano Gonzalez. I'm Panamanian, resident of Guatemala and religious of the order of mercy. The primary mission the church has ordered me to do is to visit the deprived of liberty in Guatemala. I had the opportunity to meet Ricardo Alberto and Luis Enrique Martinelli Linares since the moment they arrived to Mariscal Zavala. I know for a fact that they both participated in the religious activities that developed in the preventive detention center. One day I arrived to Mariscal Zavala and Ricardo wasn't there; he had to be taken to a medical attention center due to a crisis he had been experiencing caused by the impact of his experience in jail. I can also say for a fact that Luis Enrique is a very spiritual person, he always carries with him a book written by his uncle, Francisco Jose Linares, that goes by the name: "Siempre a tu lado". It's a book filled with biblical reflections that Luis Enrique likes to study looking for religious guidance. Luis is the father of two young girls that are deeply affected by their father's absence. The Martinelli brothers displayed good conduct during their stay at the preventative detention center Mariscal Zavala. They show repentance and wish to be better people in the future. Their current legal situation has caused lots of suffering to their families and friends.

May the peace of Christ rule in your heart is the wish of,

Gonzalo Cano Gonzalez
Chaplain priest of the penitentiary system of Guatemala

# Exhibit 16

Panama, February 7th, 2022.

Dear Judge Dearie:

Hope this letter finds you well.

My name is Andres Fernando Pages, lawyer and Partner at Borrell Cano Pages Law Firm in Panama and I'm writing to vouch for the character of my dear friend Luis Enrique Martinelli, who faces legal issues before your court.

I have known and been a very close friend with Luis Enrique since Kindergarten "Class B" of La Salle School in Panama. I believe that gives me an excellent judge of character on his behalf.

Luis has always been a person of morals, excellent listener, helpful, charitable, hard worker and much loved by his friends and family. I'm lucky enough to consider him friend AND family. He is one of the most mature, sensible, wise, and rational of all my friends, always there for us. He has now grown as a man, moreover as a family man, becoming an extraordinary husband, father, brother, son, and friend. He has a gold heart.

Luis is the "McGyver" outdoor type of guy, always ready for a good camping in the mountains, a BBQ or fishing/hunting trips that value and reinforce our friendship. Reason why these past years locked must have been especially strenuous and heavy for him.

He has made mistakes, and as you may know your Honour, sometimes nature and circumstances that surround us make us act in certain ways that we would have never acted otherwise. I believe this is the case for my friend Luis.

I'm more than convinced that he has learned his lesson and will not stray off nor deviate from the correct path ever again, he has always had the desire and determination to learn from his experiences, and move in a positive direction with his life, accepting responsibility for his acts, as he has done so far.

I have firsthand feedback that the past two years in jail have been a complete nightmare for him, and that he deeply regrets his actions on daily basis.

Thank you for your attention and consideration.

Luis, if you are hearing/reading this, I love you man!

Yours Respectfully,

Andres Pages

# Exhibit 17

Dear Honorable Judge:
Raymond Dearie,

I most respectfully write to you in support of Mr. Luis Enrique Martinelli. My name is Ursula Barrantes-Tarafa; I have been a good friend of Mr. Luis Enrique Martinelli since August of 2016 and continue our friendship until today.

We met through his father, mother and brother who are also friends of mine. We spend considerable time together in social events and family meetings, dinners every week at least once or twice every week and speak frequently over the telephone. He has a passion for cooking and loves to make dinners at home with Marelisa and invited me to try his new recipe. I miss this dinners and I miss all the time we spent together, Luis is a friend we all want to have around, he is a smart person, sweet and generous, always thinking about others prior to himself, and I say this because, I have seen Luis help everyone including the people that work for him.
I remember once, he invited me to his children's nanny's wedding, he wanted for her to feel part of the family, and wanted to make sure he expressed his gratitude for the care and love the nanny gave to his two girls, so he prepared the dinner the cake and even the ceremony, and this act not everyone does, but him. I have seen Luis around his employees and the caring person he was for each and all of them, he treated them like family and I could see that they appreciate him for the way he was.

I had deep conversations with Luis many times at dinner or just stopping at his house many times to visit him, his wife Marelisa and the girls ▮▮▮▮▮▮▮▮▮, and I can assure I have never met a real person with so big of a heart before in my life. You, may find it is a big statement, but there are not words to describe the person I consider my friend in Luis. He is a good man, a good hearted person, a person who cares more about others than him self, and this is the truth, he is a great father to his children, a person that I call an Angel.

Luis is a person of trust, a person that believes in God, him and I met at church every Sunday at 11:30 AM, I would sit on the third row and he was always on the fourth road, he believes in God deeply, not only for going to church, but to follow Gods commandments as the Bible reads, care for others before your self, honor your parents, and I write this sentence because this was one of the most strongest commandments he follows.

I have listen to Luis about his childhood, not always having most of the money and a good roof under your head is the happiest of someone's life's, he has gone through many obstacles because of been a son of a President and the son of a very stricter men, he was always under the pressure of his father of following what he though it was the best for him. When he was on his teens, he was sent to study abroad, away from family.

Been in the situation that he is in at the moment, has cause tremendous impact on Luis, he feels abandoned by God, he ask me many times Ursita, where is God? Why is this happening to me? Why do my girls have to be without me? And I answer him, you have to believe that sometimes God puts the most difficult wars to his best soldiers, and you have to keep your faith, he answers me, Ursu I am losing my faith, until one day, the Guatemalan government went to his cell and told him and Ricardo, stand up you are going somewhere else, they didn't understand why, and the soldiers were given them five

minutes to pick up a cover a pillow or something they may need, since they were taking them to a solitary confinement. He grabbed a bottle of water and a book his uncle wrote on bible passages without knowing what he was graving, when at the solitary confinement he didn't have light no windows not anything, he looked up and said: God, I know I lost my faith, but I need an answer to all of this, I need to know if you are with me now, and he opened the Bible and the first passage he reads was sent from God, he tells me Ursita, I open the bible asking God for an answer and what I read is telling me that God was always and still on my side and Rica's and I couldn't see him, he was always on our side and I was blind, and then he reads me, Lucas 24:13/35, when the two apostles were going to Emmaus talking about what was happening and how sad they were, when Jesus approached them and ask what they were talking about and one of them ask Jesus, you are the only one that don't know what happened to Jesus what they did to him, he was crucified and that some women's from their group were at his tomb and they said his body was missing, and Jesus told them, you find it so hard to believe, I was always on your side. This is the moment when Luis realized that Jesus was always next to him and Rica, all makes sense he said to me, Ursita this is a lesson to us, Jesus is talking to two of his followers, he is telling them to have faith that he was always on their side, and they are two like me and Rica, he was always next to us and he is still next to us, and I didn't see him, but he was always next to us.

This is Luis, a man of Faith, a person that believes in God, a person like all of us that may not be perfect like we all, but a person who believes in God, believes in the Good of people, believes in Justice, and believes that God loves us all the same and show us he is always with us, but there are moments in life that we all lose this faith, but we regain the faith with not only obstacles but with repentance, with acceptance, Luis, is a good human he is a good son of God, and when we are sorry God forgive us, like we all as humans should follow, forgiveness.

I can say and write so many good things about Luis and I may be short of the good men Luis is. I acknowledge that Luis has done a serious act and I also know that this act will leave a mark on himself, but I believe that he is very sorry and also believe that Luis has learned this conduct makes him deeply remorseful.

I believe and personally continue to hold Luis Martinelli in high esteem, and I believe on his full potential a positive impact to all of us and to the world.

Dear Judge, I respect your decision and would ask you to hear me on this letter of request for Luis to receive the lowest sentence permitted under the law, with your heart, and trust that all I wrote to you is the pure truth of him as a person and how deeply remorseful he is for his actions.

Thank you for the trust and confidence of my letter; if you need any additional information from me I can be reach at ███████████

God bless you always,
Sincerely,

Ursula Barrantes Tarafa

# Exhibit 18



*Asamblea Nacional*

Mayin Correa D.
Diputada de la Republica
Circuito 8-9

Telefono ████████

Panama, 27 December 2021

Dear Judge Dearie,

I have been a County Representative, Mayor of Panama City on two terms, Governor of Panama, and now a Senator for the second time, member of the Foreign Affairs Committee and Vice Presidential candidate.

For the last 25 years, I have had a close relationship with the Martinelli family. Our friendship goes beyond the political and government relations. I am a close friend of Ricardo and Marta Martinelli for many years, their kids since they were very young.

Ricardo (Rica) Martinelli Linares and Luis Enrique (Kike) Martinelli Linares, were very young boys when I first met them. During all these years I have seen them not only in their high school uniforms, but I have seen them graduate from the best schools, but from the best Business Schools and Universities.

I am a witness of their abilities in management of the family businesses as I also had a comercial relation with them as I run my own radio and tv shows (of social importance).

For many years, they were donors to the those in most need, in my tv show that was dedicated to highlighting the social needs of our population.

I saw these two boys grow, I saw these two boys become great professionals and not only in the family business but in others as banking, and also as respected diplomats.

Also, Luis Enrique is a good husband the father of two beautiful children ██████████ seven and four year old) who really need him.

I am a witness of their huge heart. They are both good boys. I realize that Ricardo and Luis Enrique have crossed the line of legality. I am sure they both also look down. But as a person who knows them well enough, I believe that they will have learned much and feel repentance.

I appeal to you Judge, to please consider the good that these boys have done, the potential they have and ask you impose a lowest sentence admissible by the law.

HD Mayin Correa D.

*Palacio Justo Arosemena - Código Postal 0815-01603 - Panamá, República de Panamá*