

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 20, 2022

By Hand and ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Luis Enrique Martinelli Linares
                and Ricardo Alberto Martinelli Linares
                Criminal Docket No. 21-65 (RJD)

Dear Judge Dearie:

      Enclosed please find proposed Order of Forfeitures in the above-referenced case, the terms of which the defendants, Luis Enrique Martinelli Linares and Ricardo Alberto Martinelli Linares, have agreed to in connection with their prior guilty pleas. The government respectfully requests that the Court "so order" the enclosed Order of Forfeitures in accordance with Fed. R. Crim. P. 32.2 (b)(2)(A), that they be orally pronounced as part of the Court's sentencing of each defendant, and attached to each defendant's Judgment of Conviction.

                                      Respectfully Submitted,

                                      BREON PEACE
                                      United States Attorney

                    By:      /s/
                                      Alixandra Smith
                                      Laura Mantell
                                      Assistant U.S. Attorneys
                                      (718) 254-6370

cc:    Clerk of Court (RJD) (by ECF)
       Defense counsel (by ECF)